# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>   Plaintiff,<br><br> v.<br><br>WOODWIND & BRASSWIND, INC.,<br><br>   Defendant. | Civil Action No. 3:22-cv-02604 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Eric Foreman filed the above-referenced case against Defendant Woodwind & Brasswind, Inc., on November 9, 2022.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: November 18, 2022   Respectfully Submitted,

               */s/ Benjamin Sweet*
               Benjamin J. Sweet
               ben@nshmlaw.com
               **NYE, STIRLING, HALE, MILLER, AND SWEET, LLP**
               1145 Bower Hill Road, Suite 104
               Pittsburgh, PA 15243

               *Attorneys for Plaintiff Eric Foreman*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 18th day of November, 2022.

                                               */s/ Benjamin J. Sweet*
                                               Benjamin J. Sweet