IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC FOREMAN,

        Plaintiff,

v.

WOODWIND & BRASSWIND, INC.,

        Defendant.

Case No. 22-CV-02604-SPM

## JUDGMENT IN A CIVIL ACTION

DECISION BY THE COURT.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated November 18, 2022 (Doc. 6), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    DATED:   November 28, 2022

                                        MONICA A. STUMP,
                                        Clerk of Court

                                        By:  s/ *Jackie Muckensturm*
                                                   Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                STEPHEN P. MCGLYNN
                U.S. District Judge